HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
MIGUEL CAMARGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MIGUEL CAMARGO,<br><br>    Defendant. | Case No. 2:23-cr-00111-DJC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant MIGUEL CAMARGO, through their respective attorneys that the release conditions imposed on Mr. Camargo on March 31, 2023 (Doc. 11) be modified to include mental health counseling. The parties request to add the following condition to Mr. Camargo's conditions of release:

12.     You shall participate in mental health counseling

The proposed modifications are supported by his Pretrial Services Officer. All other conditions shall remain in force.

//

//

//

|   |   |
|---|---|
| DATED: May 2, 2023 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for MIGUEL CAMARGO |
| DATED: May 2, 2023 | PHILLIP TALBERT<br>United States Attorney<br><br>*/s David Spencer*<br>DAVID SPENCER<br>Assistant United States Attorney |

## ORDER

The following release condition will be added for Mr. Camargo as follows:

12. You shall participate in mental health counseling.

Dated: May 2, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE