PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CAMARGO, JR.,<br><br>Defendant. | CASE NO. 2:23-CR-111-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 25, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 25, 2024.

2. By this stipulation, defendant now moves to continue the status conference until May 23, 2024, at 9:00 a.m., and to exclude time between April 25, 2024, and May 23, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 4,761 pages of law enforcement reports, search warrant materials, financial records, and other evidence, including audio and video recordings, as well as the

voluminous downloaded contents of two seized cell phones. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)     Counsel for defendant desires additional time to review this discovery, conduct defense investigation, confer with her client regarding his options for responding to the charges, and otherwise prepare for trial.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.  In addition, counsel for the government is currently in a months-long jury trial in *United States v. Yandell, et al.*, Case No. 2:19-cr-107-KJM.  The short continuance requested by defense counsel would allow the government's counsel of record to be present at the next status conference, on May 23, 2024. The parties plan to appear for that status conference in person.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 25, 2024 to May 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 17, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: April 17, 2024 | /s/ NOA OREN<br>NOA OREN<br>Counsel for Defendant<br>MIGUEL CAMARGO, JR. |

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of April, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE