CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MIGUEL CAMARGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MIGUEL CAMARGO, JR.,<br><br>　　　　　Defendant. | Case No.: 2:23-cr-111 DJC<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　October 3, 2024<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Miguel Camargo, that the status conference in this matter, currently scheduled for October 3, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on December 19, 2024, at 9:00 a.m. for further status conference. Defense counsel requires additional time to review discovery, confer with Mr. Camargo, and conduct investigation in order to prepare for trial.

　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from September 30, 2024, through December 19, 2024, and that the ends of justice

09/30/24

served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: September 30, 2024      /S/    David Spencer
                                PHILLIP TALBERT
                                by DAVID SPENCER
                                Attorney for Plaintiff

DATED: September 30, 2024      /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Miguel Camargo

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 3, 2024, at 9:00 a.m., be vacated and the matter continued for further status conference on December 19, 2024, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from September 30, 2024, through December 19, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: September 30, 2024            /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

09/30/24