PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MIGUEL CAMARGO, JR.,<br><br>                              Defendant. | CASE NO.  2:23-CR-111-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 27, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 20, 2024, before the Honorable Dena M. Coggins, and time was excluded through that date, under Local Code T4.

2.      On December 11, 2024, this case was reassigned to the Honorable Daniel J. Calabretta. ECF 43.  Following the reassignment order, the December 20, 2024 status conference was vacated.  ECF 44.

3.      By this stipulation, the parties request to reset the status conference for February 27, 2025, at 9:00 a.m., and to exclude time between December 20, 2024, and February 27, 2025, under Local Code T4.

4.      The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 4,761 pages of law enforcement reports, search warrant materials, financial records, and other evidence, including audio and video recordings, as well as the voluminous downloaded contents of two seized cell phones. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review this discovery, conduct defense investigation, confer with his client regarding his options for responding to the charges, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance to February 27, 2025, would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 20, 2024 to February 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 12, 2024                    PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ DAVID W. SPENCER
                                             DAVID W. SPENCER
                                             Assistant United States Attorney


Dated:  December 12, 2024                    /s/ CLEMENTE JIMENEZ
                                             CLEMENTE JIMENEZ
                                             Counsel for Defendant
                                             MIGUEL CAMARGO, JR.




**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of December, 2024.


                                             /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE