CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Miguel Camargo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL CAMARGO,<br><br>Defendant. | CR. No.: 2:23-cr-111 DJC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN THE DEFENSE'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the defendant's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the *Memorandum In Support of Request for Reconsideration of Remand and Request for Release, including the attached Exhibit 1,* and the defendant's *Request to Seal* shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated:  August 6, 2025         /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 1 -

08/06/25