ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CAMARGO, JR.,<br><br>Defendant. | CASE NO. 2:23-CR-111-DJC<br><br>STIPULATION TO CONTINUE JUDGMENT & SENTENCING HEARING<br><br>DATE: November 13, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on November 13, 2025.

2. Defendant's counsel has advised that he believes he has a legal conflict and has notified the Court and the Criminal Justice Act panel administrator that he needs to withdraw and have new counsel appointed to represent the defendant.

3. Accordingly, the parties jointly request to continue the Judgment and Sentencing hearing to January 29, 2026, at 9:00 a.m., and to set the following PSR disclosure schedule: Informal Objections due December 31, 2025; Final Presentence Report due January 8, 2026; Formal Objections due January 15, 2026; Reply to Formal Objections due January 22, 2026.

4. The parties have consulted with the assigned Probation Officer Miranda Lewis. Officer Lewis is available on January 29, 2026, and agrees with the requested schedule.

IT IS SO STIPULATED.

Dated: October 22, 2025

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: October 22, 2025

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
MIGUEL CAMARGO, JR.

## ORDER

The Judgment and Sentencing hearing scheduled for November 13, 2025, is hereby continued to January 29, 2026, at 9:00 a.m. The Court adopts the PSR disclosure deadlines in the parties' stipulation.

Date: October 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE