ERIC GRANT
United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CAMARGO, JR.,<br><br>Defendant. | 2:23-CR-00111-DJC<br><br>STIPULATION AND ORDER TO CONTINUE ANCILLARY HEARING |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, and counsel for petitioner Miroslava Garcia Quintero ("Quintero"), Hugo I. Vera, hereby stipulate as follows:

On October 10, 2025, Quintero filed a motion Objecting to the Preliminary Order of Forfeiture and Request for Hearing; Petition for Ancillary Hearing regarding a 2021 Can-AM Maverick ATV forfeited from defendant Miguel Camargo, Jr., and noticed it for hearing on January 8, 2026, at 8:30 a.m.

The parties respectfully request that the Court schedule an ancillary hearing on Petitioner's Motion [ECF No. 60] for February 26, 2026, at 9:00 a.m. The ancillary hearing date extension is requested to accommodate government counsel's paternity leave and the parties' ongoing negotiations concerning the 2021 Can-AM Maverick ATV.

///

///

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioner hereby stipulate that the ancillary hearing be scheduled on February 26, 2026, at 9:00 a.m.

Dated: January 6, 2026

ERIC GRANT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

VERA & VERA PLC

Dated: January 6, 2026

/s/ Hugo I. Vera
HUGO I. VERA
Attorney for Petitioner
Miroslava Garcia Quintero
(signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated: January 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE