TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
WALTER SMITH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-0112-DJC |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **EXONERATING BOND AND** |
| | ) **RELEASING LIEN** |
| WALTER SMITH, | ) |
| Defendant. | ) Judge:   Hon. Chi Soo Kim |
| | ) |
| | ) |
| | ) |

The government today moved to dismiss the above indictment based pursuant to Federal Rule of Criminal Procedure 48 due to death of the defendant.  ECF 81-82.  In light of the imminent dismissal, the parties agree (1) that the bond posted to secure defendant's release (ECF 26 and 28) may be exonerated and (2) that the Clerk of the Court shall release the lien securing the bond and reconvey the property.

                    Respectfully Submitted,


Dated:  January 12, 2026          /s/ Tim Zindel
                    TIMOTHY ZINDEL
                    Attorney for WALTER SMITH

-1-

ERIC GRANT
United States Attorney

Dated: January 12, 2026

*/s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

Bond in the above case is hereby exonerated and the Clerk shall reconvey the property to the sureties.

IT IS SO ORDERED.

Dated: January 12, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge