LINDA C. HARTER, #179741
Attorney at Law
633 3rd Street
Woodland, CA 95695
Lindaharter007@gmail.com
(530) 574-0707


Attorney for Defendant




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES,

                 Plaintiff,

        v.

MIGUEL CAMARGO,

                 Defendant.

_____/

No.  2:23-CR-00111 DJC

STIPULATION TO CONTINUE JUDGEMENT AND SENTENCING HEARING

Date:  JANUARY 29, 2026
Time:  9:00 a.m.
Judge:  Hon. DANIEL J. CALABRETTA


**STIPULATION**

The defendant, Miguel Camargo, by and through counsel of record, and the plaintiff, United States, by and through counsel of record, hereby stipulation as follows:

1.    That the Judgement and Sentencing date of January 29, 2026, and the accompanying schedule for objections be vacated.

2.    Defense counsel was appointed in November before the holidays and needs additional time to prepare.  The defendant is being held in a remote jail.  Defense counsel is not available on January 29.  Plaintiff's counsel is unavailable for the Court's dates in

1

March and Defense counsel is out of the country for the available dates in April.

3. Accordingly, the parties agree that Judgement and Sentencing should be set for May 7, 2026 at 9:00 am.

4. The parties further agree that Informal objections will be due on March 26, 2026. The final presentence report will be filed no later than April 9, 2026. Formal objections should be filed by April 23, 2026. Any replies should be filed a week before sentencing, on April 30,2026.

5. The parties have confirmed with the probation officer in this case who has no objection to this schedule.

IT IS SO STIPULATED.

Dated:   JANUARY 8, 2026

/s/ Linda C. Harter\
LINDA C. HARTER\
Attorney for defendant\
MIGUEL CAMARGO

Eric Grant\
US Attorney

/s/ David W. Spencer\
DAVID W. SPENCER\
Assistant US Attorney

2

**ORDER**

The Judgment and Sentencing date of January 29, 2026, is hereby VACATED and a new date, May 7, 2026, at 9:00 am is hereby SET.  The Court ADOPTS the schedule for the filing of the report and objections as set forth in the Stipulation.

**IT IS SO ORDERED**.

Dated:  January 12, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3