ERIC GRANT
Acting United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-111-DJC |
| Plaintiff, | STIPULATED REQUEST TO VACATE HEARING ON ANCILLARY PETITION FILED BY MIROSLAVA GARCIA |
| v. | |
| MIGUEL CAMARGO, JR., | |
| Defendant. | |

**STIPULATED REQUEST TO VACATE FORFEITURE HEARING**

As set forth herein, the United States of America and Petitioner Miroslava Garcia, by and through undersigned counsel, agree and stipulate that the parties have determined that an ancillary hearing set for February 26, 2026, is unnecessary.  This request is based on the United States' reassessment of the value of the property at issue, a Can-Am Maverick ATV, arriving at the conclusion that a forfeiture and contested hearing are not warranted.  The United States will soon file an amended forfeiture order reflecting the position that the Can-Am Maverick ATV is not subject to forfeiture.  Upon entry of the amended order, the seizing agency will be advised to facilitate the return of the Can-Am Maverick ATV to Petitioner Miroslava Garcia.

For these reasons, a hearing on the petition is not warranted and the parties request it be vacated from the Court's calendar.

STIPULATED REQUEST TO VACATE HEARING                    1

Dated:  February 24, 2026

ERIC GRANT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated:  February 24, 2026

By:  /s/ Hugo Vera
HUGO VERA
Counsel For Petitioner Miroslava
Garcia

STIPULATED REQUEST TO VACATE HEARING    2

**ORDER**

For the reasons set forth above, the hearing on the ancillary petition [ECF No. 60] is vacated.

IT IS SO ORDERED

Dated:  February 25, 2026                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE