ERIC GRANT
United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00111-DJC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RELEASING ASSET TO PETITIONER |
| MIGUEL CAMARGO, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the United States of America and petitioner Miroslava Garcia, to compromise and settle their interest in the 2021 Can-AM Maverick ATV, VIN: 3JBVNAV26MK000724, License Number: AV3M03.

1.      On September 11, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between the United States of America and defendant Miguel Camargo, Jr. forfeiting to the United States the following property:

a.    2022 Ford Bronco SUV, VIN: 1FMEE5DP4NLB34068, License Number: 9CRX451,
b.    2021 Can-AM Maverick ATV, VIN: 3JBVNAV26MK000724, License Number: AV3M03, and
c.    A personal money judgment in the amount of $17,400.00.

1

2.    Beginning on September 13, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.  The Declaration of Publication was filed on October 15, 2025.

3.    The United States of America completed direct written notice by certified mail to Miroslava Garcia Quintero and Ally Financial.

4.    On October 10, 2025, petitioner Miroslava Garcia filed a petition alleging an ownership interest in the 2021 Can-AM Maverick ATV, VIN: 3JBVNAV26MK000724, License Number: AV3M03.

5.    No other parties have filed petitions in this matter regarding the 2021 Can-AM Maverick ATV and the time in which any person or entity may file a petition has expired.

6.    The United States reassessed the value of the 2021 Can-AM Maverick ATV and arrived at the conclusion that a forfeiture and contested hearing were not warranted.  The United States is no longer pursuing forfeiture of the 2021 Can-AM Maverick ATV and has agreed to release the 2021 Can-AM Maverick ATV to petitioner Miroslava Garcia through her attorney Hugo Vera within thirty days from entry of this Order.

Dated:  4/9/2026

ERIC GRANT
United States Attorney


/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney




Dated:  4/9/2026

 /s/ Hugo Vera
HUGO VERA
Attorney for petitioner Miroslava Garcia
(signature retained by attorney)

2

Stipulation and Order Releasing
Asset to Petitioner

ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters an Order Releasing the 2021 Can-AM Maverick ATV, VIN: 3JBVNAV26MK000724, License Number: AV3M03 to petitioner Miroslava Garcia.  The U.S. Marshals Service shall release the 2021 Can-AM Maverick ATV to Miroslava Garcia through her attorney Hugo Vera within thirty days from entry of this Order.

SO ORDERED.

Dated:  April 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order Releasing
Asset to Petitioner