ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CAMARGO, JR.,<br><br>Defendant. | CASE NO.  2:23-CR-111-DJC<br><br>STIPULATION TO CONTINUE JUDGMENT & SENTENCING HEARING<br><br>DATE: May 7, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for Judgment and Sentencing on May 7, 2026.

2.     Defense counsel was appointed in November 2025, after the draft presence report ("PSR") was disclosed on October 7, 2025.  Defense counsel has advised that, after reviewing discovery and meeting with her client, additional investigation is needed before the defense will be ready for sentencing.

3.     Accordingly, the parties jointly request to continue the Judgment and Sentencing hearing to September 3, 2026, and to set the following PSR disclosure schedule:  Informal Objections due August 6, 2026; Final Presence Report due August 13, 2026; Formal Objections due August 20, 2026; Reply to Formal Objections due August 27, 2026.

STIPULATION TO CONTINUE JUDGMENT &
SENTENCING

1

4.      The parties have consulted with the assigned Probation Officer Miranda Lewis.  Officer Lewis is available on September 3, 2026, and agrees with the requested schedule.

IT IS SO STIPULATED.


Dated:  April 27, 2026                    ERIC GRANT
                                          United States Attorney


                                          /s/ DAVID W. SPENCER
                                          DAVID W. SPENCER
                                          Assistant United States Attorney


Dated:  April 27, 2026                    /s/ LINDA C. HARTER
                                          LINDA C. HARTER
                                          Counsel for Defendant
                                          MIGUEL CAMARGO, JR.


### ORDER

The Judgment and Sentencing hearing scheduled for May 7, 2026, is hereby continued to September 3, 2026, at 9:00 a.m.  The Court adopts the PSR disclosure deadlines in the parties' stipulation.


Dated:  April 27, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE


STIPULATION TO CONTINUE JUDGMENT & SENTENCING

2