LINDA C. HARTER, #179741
Attorney at Law
633 3rd Street
Woodland, CA 95695
Lindaharter007@gmail.com
(530) 574-0707

Attorney for Defendant

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br>v.<br>MIGUEL CAMARGO,<br>Defendant. | Case No.: 2:23-CR-00111-DJC<br><br>**STIPULATION TO CONTINUE JUDGEMENT AND SENTENCING HEARING**<br><br>Date: OCTOBER 22, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. DANIEL J. CALABRETTA |

**STIPULATION**

The defendant, Miguel Camargo, by and through counsel of record, and the plaintiff, United States, by and through counsel of record, hereby stipulation as follows:

1. That the Judgement and Sentencing date of October 22, 2026, and the accompanying schedule for objections be vacated.
2. The defendant is being held in a remote jail. The parties have met and done additional investigation. Informals have been submitted and the parties agree that changes need to be made to the draft report. Additional time is needed for that to happen.
3. Accordingly, the parties agree that Judgement and Sentencing should be set for December 10, 2026 at 9:00 am.

4. The final presentence report will be filed no later than November 5, 2026. Formal objections should be filed by November 19, 2026. Any replies should be filed a week before sentencing, on December 3, 2026.
5. The parties have confirmed with the probation officer in this case who has no objection to this schedule.

IT IS SO STIPULATED.

Dated: January 8, 2026

/s/ Linda C. Harter
LINDA C. HARTER
Attorney for defendant
MIGUEL CAMARGO

Eric Grant
US Attorney

/s/ David W. Spencer
DAVID W. SPENCER
Assistant US Attorney

**ORDER**

The Judgment and Sentencing date of October 22, 2026, is hereby VACATED and a new date, December 10, 2026, at 9:00 am is hereby set. The Court adopts the schedule for the filing of the report and objections as set forth in the Stipulation. IT IS SO ORDERED.

Dated: October 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE